# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-2337

_____

United States of America

*Plaintiff - Appellee*

v.

Cruze Anthony White

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: April 15, 2019
Filed: July 8, 2019
[Unpublished]

_____

Before SHEPHERD, MELLOY, and GRASZ, Circuit Judges.

_____

MELLOY, Circuit Judge.

Defendant Cruze White appeals his 24-month prison sentence. In 2017, after serving a term of imprisonment for voluntary manslaughter, he began a three-year term of supervised release. While on supervised release, he repeatedly violated multiple conditions of his release. For instance, he cut off a GPS ankle bracelet, absconded from multiple residential placement facilities, failed to comply with

remote alcohol monitoring, consumed alcohol, and used illegal drugs. The district court,[1] after previously modifying White's conditions of release several times to "get Mr. White back on a straight path," determined that supervision was not working and, therefore, sentenced him to the statutory-maximum term of imprisonment. See 18 U.S.C. § 3583(e)(3). White argues that the district court committed reversible error by "improperly weighing the 18 U.S.C. §3553(a) factors and inadequately explaining the basis of its sentence." He also argues that his sentence is substantively unreasonable. Having reviewed the record, we see no merit to White's arguments. The district court committed no significant procedural error, and the sentence imposed is substantively reasonable. See Gall v. United States, 552 U.S. 38, 51 (2007) (setting forth the standard for reviewing sentencing decision). We therefore affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota.